**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NED. L. MINGUS,

       Plaintiff,

v.                                          CASE NO. 05-73842
                                            HON. MARIANNE O. BATTANI

SHERILYN BUTLER,

       Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR A RESTRAINING ORDER**

The Court having reviewed Magistrate Judge R. Steven Whalen's Report and Recommendation (Doc. No. 27), dated August 24, 2007, and no objections having been filed thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED**, and Plaintiff's Motion for a Restraining Order Preventing the Michigan Department of Corrections from Enforcing "Director's Office Memorandum 2007-5" is **DENIED.**

**IT IS SO ORDERED.**

                                              s/Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              UNITED STATES DISTRICT JUDGE

DATED: October 4, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt  
DEPUTY CLERK