UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NED MINGUS, No. 092133 | No. 05-73842 |
|     Plaintiff, | District Judge Marianne O. Battani |
| v. | Magistrate Judge R. Steven Whalen |
| SHERILYN BUTLER, | |
|     Defendant. | |

**ORDER FOR DEFENDANT TO RESPOND**

On March 11, 2010, this Court granted Defendant's motion to seal Defendant's Exhibit 1-5 and Exhibit 7 of her motion for summary judgment, which are excerpts of Plaintiff's medical records. In a letter dated April 11, 2010, the Defendant requested an extension of time to respond to the Defendant's motion for summary judgment, and also voiced opposition to the sealing of his medical records, stating, "I waive any privilege and/or confidentiality connected to my medical condition and medical information for purposes of this litigation."

Therefore, based on Plaintiff's waiver, I construe Plaintiff's letter as a motion to reconsider the Order Regarding Sealed Documents [Doc. #62], and/or a motion to unseal the documents. Accordingly, Defendant shall file a response within 14 days of the date of this order, indicating whether or not she objects to unsealing the documents.

IT IS SO ORDERED.

                                                  S/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 23, 2010.

                                                S/G. Wilson
                                                Judicial Assistant